# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CRUZ VARGAS,**<br><br>Plaintiff,<br><br>v.<br><br>**GC SERVICES LIMITED PARTNERSHIP,**<br><br>Defendant. | **Case No.:** CV19-1581 PA (JEMx)<br><br>**ORDER**<br><br>HON. PERCY ANDERSON |

Based upon the Parties' Joint Stipulation, and good cause, this Court hereby orders the Action to be, and is, dismissed with prejudice. Each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: April 01, 2019

_____
HON. PERCY ANDERSON
UNITED STATES DISTRICT JUDGE